No. 02–641. ESTATE OF SORRELLS, BY AND THROUGH ITS INDEPENDENT EXECUTRIX, THOSTENSON, ET AL. v. CITY OF

DALLAS, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied. ██